UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RUSLAN MAKHMUDOV,

Petitioner,

v.

TODD BLANCHE, Attorney General,

Respondent.

No. 25-5400

Agency No.
A240-266-102

ORDER

In light of the notice of withdrawal of representation filed by Petitioner's counsel in Docket Entry 44, the court GRANTS (1) Petitioner's motion to proceed pro se, (2) Petitioner's request to update to his mailing address of record to Ruslan Makhmudov, c/o Anna Sachkova, 145 S Glenoaks Blvd, Apt. 1086, Burbank, CA 91502, and (3) Petitioner's request to have electronic notices of all filings sent to his wife, Anna Sachkova, at anya.sachkova@gmail.com. *See* Dkt. 35.

The court DENIES Petitioner's request to file a supplemental brief. *See* Dkt. 35.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT